UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  CV 09-3697-JST (FMOx)            Date:  January 12, 2011

Title:  SECURITIES AND EXCHANGE COMMISSION v. GENDREAU & ASSOCIATES INC., et al.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

| Ellen Matheson | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                             Not Present

**PROCEEDINGS:** **(IN CHAMBERS) ORDER TO SHOW CAUSE FOR FAILURE TO FILE A MEMORANDUM OF CONTENTIONS OF FACT AND LAW**

On August 23, 2010, the Court issued an Order on Court Trial that ordered parties to lodge a Memorandum of Contentions of Fact and Law no later than twenty-one (21) days before the Final Pretrial Conference. (Order on Court Trial, Doc. 60.) To date, the Court has not received a Memorandum of Contentions of Fact and Law from Defendant.

Accordingly, the Court orders counsel to show cause why the Court should not issue sanctions for the failure to timely file the referenced trial document. No later than January 14, 2011 at 5:00 p.m., counsel shall file the document and a separate written response explaining their disregard of the Court's Order on Court Trial.

Initials of Preparer:  enm